IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.  21-mj-90024-GEB |
| VS. | |
| MARIO R. DAVIS | |
| AND | |
| LANDAN B. WILSON | |

<u>INFORMATION</u>

The United States Attorney charges that:

<u>COUNT 1</u>

On or about November 27, 2020, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, MARIO R. DAVIS AND LANDAN B. WILSON did unlawfully take and carry away with intent to steal or purloin any personal property of the United States or any department or agency thereof, to wit: The Army and Air Force Exchange Service, not in excess of $1000.00, in violation of Title 18, United States Code, Section 641.  **(Theft of Government Property) (Class A Misdemeanor)**

<u>COUNT 2</u>

On or about December 5, 2020, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, MARIO R. DAVIS AND LANDAN B. WILSON did unlawfully take and carry away with intent to steal or purloin any personal property of the United States or any department or agency thereof, to wit: The Army and Air Force Exchange Service, not in excess of $1000.00, in violation of Title 18, United States Code, Section 641.  **(Theft of Government Property) (Class A Misdemeanor)**

## COUNT 3

On or about February 12, 2021, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, MARIO R. DAVIS AND LANDAN B. WILSON did unlawfully take and carry away with intent to steal or purloin any personal property of the United States or any department or agency thereof, to wit: The Army and Air Force Exchange Service, not in excess of $1000.00, in violation of Title 18, United States Code, Section 641. **(Theft of Government Property) (Class A Misdemeanor)**

## COUNT 4

On or about February 18, 2021, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, MARIO R. DAVIS AND LANDAN B. WILSON did unlawfully take and carry away with intent to steal or purloin any personal property of the United States or any department or agency thereof, to wit: The Army and Air Force Exchange Service, not in excess of $1000.00, in violation of Title 18, United States Code, Section 641. **(Theft of Government Property) (Class A Misdemeanor)**

## COUNT 5

On or about November 27, 2020, through February 18, 2021, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, MARIO R. DAVIS AND LANDAN B. WILSON with others known and unknown did unlawfully, willfully, and knowingly combine, conspire and agree to commit certain offenses against the United States as follows; to unlawfully take and carry away with intent to steal or purloin any personal property of the United States or any department or agency thereof, to wit: The Army and Air Force Exchange Service, not in excess of $1000.00, in violation of Title 18, United States Code, Section 641. In furtherance of the conspiracy and to obtain the objectives therefore, the defendant committed the following act, to wit: take items off the shelves, leave the store without rendering proper payment, and serve as lookout. The conspiracy and overt act to achieve the object thereof are in violation of United States Code Title 18, Section 371. **(Conspiracy) (Class A Misdemeanor)**

## COUNT 6

On or about February 18, 2021, at Fort Riley, Kansas, a federal military installation within the exclusive jurisdiction of the United States, in the District of Kansas, MARIO R. DAVIS a person under the age of 21 years of age did, without authority, possess, consume, or obtain alcoholic liquor or cereal malt beverage, in violation of Title 18, United States Code, Section 13, and K.S.A. 41-727(a) **(Possession of alcohol by minor) (Class C Misdemeanor)**

DUSTON J. SLINKARD
Acting United States Attorney
District of Kansas

*/s/ Robin Graham*

ROBIN A. GRAHAM
Special Assistant U.S. Attorney

The court has reviewed the documentation attached hereto, and finds probable cause for the issuance of a warrant or summons if required.

Filed     4/16/21

*/s/ Gwynne E. Birzer*

HON. GWYNNE E. BIRZER
U.S. Magistrate Judge